```
                                                                    1


 1                  UNITED STATES DISTRICT COURT

 2                           FOR THE

 3                  DISTRICT OF SOUTH CAROLINA

 4                       GREENVILLE DIVISION

 5   * * * * * * * * * * * * * *
     UNITED STATES OF AMERICA,    * CRIMINAL NO. 7:22-cr-0842-6 and 7
 6                                * JULY 18, 2023    9:29 A.M.
                     Plaintiff,   * GUILTY PLEA HEARING
 7                                *
     vs.                          *
 8                                *
     KENDRICK NAVEED CORBIN and   * Before:
 9   ANTHONY CHYQUISE BROWN,      * HONORABLE HENRY M. HERLONG, JR.
                                  * UNITED STATES DISTRICT JUDGE
10                   Defendants.  * DISTRICT OF SOUTH CAROLINA
     * * * * * * * * * * * * * *
11   APPEARANCES:

12
     For the Plaintiff:      CHRISTOPHER SCHOEN, AUSA
13                           United States Attorney's Office
                             55 Beattie Place, Suite 700
14                           Greenville, SC  29601

15   For Defendant Kendrick Naveed Corbin:

16                           WARD B. MCCLAIN, JR., ESQUIRE
                             W. Benjamin McClain, Jr., LLC
17                           2728 Poinsett Highway
                             Greenville, SC  29609
18
     For Defendant Anthony Chyquise Brown:
19
                             MARY HUNTER BEASLEY, ESQUIRE
20                           Ryan L. Beasley Law Office
                             416 E North Street
21                           Greenville, SC  29601

22   Court Reporter:         Michele E. Becker, RMR, CRR, RPR
                             250 E North Street
23                           Greenville, SC  29601
                             (864) 905-8888
24

25       * * * STENOTYPE/COMPUTER-AIDED TRANSCRIPTION * * *
```

```
1                P R O C E E D I N G S
2     (Court convened at 9:29 a.m.)
3     (Proceedings in other cases were held but not transcribed
4     at this time.)
5              THE CLERK:  Next case before the Court is Case No.
6     7:22-284-6 and -7.  United States versus Kendrick Naveed
7     Corbin and Anthony Chyquise Brown.  Mr. Corbin is represented
8     by Mr. McClain and Mr. Brown is represented by Ms. Beasley.
9              Mr. Kendrick Corbin, raise your right hand.
10             (Whereupon, Defendant Corbin is duly sworn on oath.)
11             DEFENDANT CORBIN:  Yes, sir.
12             THE CLERK:  Anthony Chyquise Brown, raise your right
13    hand.
14             (Whereupon, Defendant Brown is duly sworn on oath.)
15             DEFENDANT BROWN:  Yes.
16             THE COURT:  The defendants standing before the Court
17    wishing to plead guilty, it's important that you understand
18    what your rights are in connection with a jury trial that
19    you'll be giving up if you plead guilty.  I'll be discussing
20    that with you, advising you of your rights, and asking
21    questions of you during this proceeding.  If you have any
22    questions or anything that is said or asked of you that you do
23    not understand, make that known to the Court.
24             For clarification, I further tell you that you will
25    be under oath.  The oath was just given to you.  And because
```

1  of that if you should make a false statement to a material
2  matter, you could be prosecuted for perjury, which is a
3  separate criminal offense.
4      At any time during this proceeding if you have any
5  questions, you can also discuss them with your attorney.  Just
6  let the Court know that you wish to talk to your attorney.
7  I'll be asking similar questions that apply to each of you.  I
8  would like for you to answer them in a voice that can be
9  heard, and answer them one at a time starting here and then
10 you.
11     First question:  The first defendant is Kendrick
12 Corbin.  Mr. Corbin, what is your full name?
13     **DEFENDANT CORBIN:**  Kendrick Naveed Corbin.
14     **THE COURT:**  How old are you?
15     **DEFENDANT CORBIN:**  21 years old.
16     **THE COURT:**  How far did you go in school?
17     **DEFENDANT CORBIN:**  I graduated high school.
18     **THE CLERK:**  Have you ever been treated for any type
19 of mental condition?
20     **DEFENDANT CORBIN:**  No, sir.
21     **THE COURT:**  This morning are you under the influence
22 of any type of alcohol, drug, medicine?
23     **DEFENDANT CORBIN:**  No, sir.
24     **THE COURT:**  Mr. McClain, do you have any question as
25 to his competence?

```
 1              MR. MCCLAIN:  No, Your Honor.
 2              THE COURT:  And Mr. Brown, what is your full name?
 3              DEFENDANT BROWN:  Anthony Chyquise Brown.
 4              THE COURT:  How old are you?
 5              DEFENDANT BROWN:  22.
 6              THE COURT:  You just need to -- you have a real soft
 7   voice.  You need to speak up.
 8              How far did you go in school?
 9              DEFENDANT BROWN:  High school.  Graduated.
10              THE COURT:  Have you ever been treated for any type
11   of mental condition?
12              DEFENDANT BROWN:  No, sir.
13              THE COURT:  This morning are you under the influence
14   of any type of alcohol, drug, or medicine?
15              DEFENDANT BROWN:  No, sir.
16              THE COURT:  And do you have any questions as to his
17   competency?
18              MS. BEASLEY:  No, Your Honor.
19              THE COURT:  As to each of the defendants, the Court
20   finds that each is competent to proceed.  That finding is
21   based upon the answers given, the representations made, and
22   from my observation of each of the defendants.  I now ask each
23   of you whether you've had enough time to discuss this matter
24   with your attorney?
25              DEFENDANT CORBIN:  Yes, sir.
```

|   |   |
|---|---|
| 1 | **DEFENDANT BROWN:**  Yes, sir. |
| 2 | **THE COURT:**  And are you satisfied thus far with your |
| 3 | attorney's representation? |
| 4 | **DEFENDANT CORBIN:**  Yes, sir. |
| 5 | **DEFENDANT BROWN:**  Yes, sir. |
| 6 | **THE COURT:**  Do you have any question or complaints |
| 7 | of your attorney or anyone else in connection with this case? |
| 8 | **DEFENDANT CORBIN:**  No, sir. |
| 9 | **DEFENDANT BROWN:**  No, sir. |
| 10 | **THE COURT:**  Both of you are pleading guilty to among |
| 11 | other counts, Count 4.  It appears that Mr. Brown is pleading |
| 12 | guilty to Counts 4 and 11; is that correct? |
| 13 | **MS. BEASLEY:**  Yes, Your Honor. |
| 14 | **THE COURT:**  Mr. Corbin is pleading guilty to Counts |
| 15 | 4, 5, 8 and 11; is that correct? |
| 16 | **MR. MCCLAIN:**  Yes, Your Honor. |
| 17 | **THE COURT:**  I'll go over Count 4 at this time. |
| 18 | It charges that beginning at a time unknown to the |
| 19 | grand jury but beginning at least in or around January 2020 |
| 20 | and continuing thereafter, up to and including the date of the |
| 21 | indictment, that each of you and others knowingly and |
| 22 | intentionally did enter into an unlawful conspiracy to possess |
| 23 | with the intent to distribute and to distribute marijuana, a |
| 24 | Schedule I controlled substance.  That's what you're charged |
| 25 | with in Count 4.  Don't you understand that? |

1          **DEFENDANT CORBIN:**  Yes, sir.

2          **DEFENDANT BROWN:**  Yes, sir.

3          **THE COURT:**  I need the elements sheet.  We'll be in
4    recess.

5          (Recess taken from 10:18 a.m. until 10:25 a.m.)

6          **THE COURT:**  I had told you what Count 4 charges.  I
7    tell you that the elements of this offense are as follows:
8    There was an agreement between two or more persons to possess
9    with intent to distribute and to distribute a controlled
10   substance alleged in the indictment.  That you knew this
11   agreement -- about this agreement or conspiracy.  That you
12   knowingly and voluntarily participated in or became a part of
13   the unlawful conspiracy.

14         I tell you furthermore, that the statute provides
15   for possible penalties of up to five years in prison, a
16   maximum fine of $250,000, supervised release of at least two
17   years and up to life, special assessment of $100.  Do you
18   understand what I've just told you?

19         **DEFENDANT CORBIN:**  Yes, sir.

20         **DEFENDANT BROWN:**  Yes, sir.

21         **THE COURT:**  Understanding what you're pleading
22   guilty to in Count 4, what the elements are and what the
23   statutory sentencing provisions could be, do you still wish to
24   plead guilty to Count 4?

25         **DEFENDANT CORBIN:**  Yes, sir.

|     |     |
| --- | --- |
| 1   | **DEFENDANT BROWN:**  Yes, sir. |
| 2   | **THE COURT:**  I'll now go to Count 11.  Count 11 |
| 3   | charges that on or about January 3, 2023, in the District of |
| 4   | South Carolina, that each of you as principal aiders and |
| 5   | abettors and as co-participants in jointly undertaking |
| 6   | criminal activity knowingly did possess firearms in |
| 7   | furtherance of a drug trafficking crime as alleged in Count |
| 8   | 10, which is prosecutable in a court of the United States. |
| 9   | Do you understand what you're charged with in |
| 10  | Count 11? |
| 11  | **DEFENDANT CORBIN:**  Yes, sir. |
| 12  | **DEFENDANT BROWN:**  Yes, sir. |
| 13  | **THE COURT:**  I tell you that the elements of this |
| 14  | offense are as follows:  That you committed a drug trafficking |
| 15  | crime -- turn that up a little bit, please.  You committed a |
| 16  | drug trafficking crime that may be prosecuted in a court of |
| 17  | the United States.  That you knowingly possessed a firearm in |
| 18  | furtherance of such crime.  And the possession of the firearm |
| 19  | advanced the offense in some way.  Do you understand those |
| 20  | elements? |
| 21  | **DEFENDANT CORBIN:**  Yes, sir. |
| 22  | **DEFENDANT BROWN:**  Yes, sir. |
| 23  | **THE COURT:**  And the statute provides imprisonment of |
| 24  | at least five years and up to life consecutive to each and |
| 25  | every other count, a maximum fine of $250,000, supervised |

1 release of up to five years, and a special assessment of $100.
2 Do you understand that?
3     **DEFENDANT CORBIN:**  Yes, sir.
4     **DEFENDANT BROWN:**  Yes, sir.
5     **THE COURT:**  In Count 11 understanding what you're
6 charged with, what the elements are and what the statutory
7 sentencing provisions could be, do you still wish to plead
8 guilty?
9     **DEFENDANT CORBIN:**  Yes, sir.
10     **DEFENDANT BROWN:**  Yes, sir.
11     **THE COURT:**  Now, as to Mr. Corbin, I will go to
12 Count 5.  Count 5 charges that on or about January 25, 2022,
13 in the District of South Carolina, that you and others
14 knowingly did possess firearms in furtherance of a drug
15 trafficking crime as alleged in Count 4, which is prosecutable
16 in a court of the United States, and in committing the
17 violation did discharge the firearm.  Do you understand what
18 you're charged with in Count 5?
19     **DEFENDANT CORBIN:**  Yes, sir.
20     **THE COURT:**  The elements of this offense are as
21 follows:  That you committed a drug trafficking crime that may
22 be prosecuted in a court of the United States.  That you
23 knowingly possessed a firearm in furtherance of such crime.
24 That the possession of the firearm advanced the offense in
25 some way, and that you discharged the firearm.

1              Those are the basic elements of Count 5 of the
2     indictment.  Do you understand that?
3              DEFENDANT CORBIN:  Yes, sir.
4              THE COURT:  The statute provides for a maximum --
5     for a sentence of at least 10 years and up to life consecutive
6     to each and every other count, a maximum fine of $250,000,
7     supervised release of up to five years, and a special
8     assessment of $100.
9              Do you understand that?
10             DEFENDANT CORBIN:  Yes, sir.
11             THE COURT:  In Count 5 understanding what you're
12    charged with, what the elements are, and what the statutory
13    sentencing provisions could be, do you still wish to plead
14    guilty?
15             DEFENDANT CORBIN:  Yes, sir.
16             THE COURT:  You're also pleading guilty to
17    Count 8.  Count 8 charges that beginning at a time unknown to
18    the grand jury, and continuing until on or around January the
19    25th, 2022, in the District of South Carolina, that you and
20    others knowingly and intentionally did enter into an unlawful
21    conspiracy to obstruct, delay, affect and attempt to affect
22    interstate commerce and the movement of articles and
23    commodities in interstate commerce by robbery, as the terms
24    commence and robbery are defined in Title 18 of the United
25    States Code, in that you did unlawfully plan to take property

1    consisting of marijuana that had traveled in interstate
2    commerce from the person and presence of Mr. Collier, or
3    Mr. Gray-Miller, or Mr. Smith, or Ms. Veras, against their
4    will by means of actual and threatened force, violence and
5    fear of injury to said individuals.
6            That's what you're charged with in Count 8.  Do you
7    understand what you're charged with?
8            **DEFENDANT CORBIN:**  Yes, sir.
9            **THE COURT:**  Count 8, the elements and all that you
10   committed or attempted or conspired to commit a robbery or
11   extortion, and that the robbery or extortion obstructed,
12   delayed, or affected interstate commerce or the movement of
13   articles, or that you committed or threatened physical
14   violence to any person or property and that the physical
15   violence was in furtherance of a plan or purpose to obstruct
16   commerce by robbery or extortion, those are the basic
17   elements.  Do you understand that?
18           **DEFENDANT CORBIN:**  Yes, sir.
19           **THE COURT:**  The statute provides for a sentence of
20   up to 20 years, a maximum fine of $250,000, supervised release
21   of up to three years, and a special assessment of $100.  Do
22   you understand that?
23           **DEFENDANT CORBIN:**  Yes, sir.
24           **THE COURT:**  As to Count 8, understanding what you're
25   charged with, what the elements are and what the statutory

1  sentencing provisions could be, do you still wish to plead
2  guilty?
3              DEFENDANT CORBIN:  Yes, sir.
4              THE COURT:  Although each of you have indicated you
5  wish to plead guilty, you're still presumed innocent.  You
6  have an absolute right to a jury trial, and at a jury trial
7  you would be presumed innocent throughout the trial.  The
8  burden of proof would be on the government to prove your guilt
9  beyond a reasonable doubt.  You would not be required to prove
10 your innocence.  You would have the right to be represented by
11 your attorney throughout the trial.  And at trial if you
12 choose to do so you could testify, you could introduce any
13 other relevant evidence, or you could call witnesses in your
14 defense, but you would not be required to produce any evidence
15 because, as I said, in a criminal case the burden is always on
16 the government to prove a defendant guilty beyond a reasonable
17 doubt, and a defendant is not required to prove his innocence.
18 Do you understand that?
19             DEFENDANT CORBIN:  Yes, sir.
20             DEFENDANT BROWN:  Yes, sir.
21             THE COURT:  I further tell you that you would be
22 entitled to a jury trial.  And before you could be found
23 guilty, the verdict of the jury would have to be unanimous,
24 which means that each and every juror would have to be
25 convinced of your guilt beyond a reasonable doubt.  The jury

1  would be instructed that should the government fail in its
2  burden of proof, the jury would be required to find you not
3  guilty.
4             A jury verdict would have to be unanimous, which
5  means that each and every juror would have to be convinced of
6  your guilt beyond a reason doubt before you could be
7  convicted.  Do you understand that?
8             **DEFENDANT CORBIN:**  Yes, sir.
9             **DEFENDANT BROWN:**  Yes, sir.
10            **THE COURT:**  Has anyone threatened, forced, or
11 coerced you in any way to get you to plead guilty?
12            **DEFENDANT CORBIN:**  No, sir.
13            **DEFENDANT BROWN:**  No, sir.
14            **THE COURT:**  Are you pleading guilty because you are
15 guilty?
16            **DEFENDANT CORBIN:**  Yes, sir.
17            **DEFENDANT BROWN:**  Yes, sir.
18            **THE COURT:**  Is there a plea agreement in this case?
19            **MR. MCCLAIN:**  Yes, Your Honor.
20            **THE COURT:**  And you have a plea agreement?
21            **MS. BEASLEY:**  Yes, sir.
22            **THE COURT:**  I ask each of you whether you have
23 thoroughly reviewed the plea agreement with your attorney?
24            **DEFENDANT CORBIN:**  Yes, sir.
25            **DEFENDANT BROWN:**  Yes, sir.

```
 1              THE COURT:  Do you understand each and every
 2   provision of the agreement?
 3              DEFENDANT CORBIN:  Yes, sir.
 4              DEFENDANT BROWN:  Yes, sir.
 5              THE COURT:  Do you understand that in that plea
 6   agreement you may have waived certain appellate rights?  Do
 7   you understand that?
 8              DEFENDANT CORBIN:  Yes, sir.
 9              DEFENDANT BROWN:  Yes, sir.
10              THE COURT:  Do you understand each and every
11   provision of the agreement?
12              DEFENDANT CORBIN:  Yes, sir.
13              DEFENDANT BROWN:  Yes, sir.
14              THE COURT:  The written plea agreement that I'm
15   asking you about, is it the entire agreement that you have
16   with the government?
17              DEFENDANT CORBIN:  Yes, sir.
18              DEFENDANT BROWN:  Yes, sir.
19              THE COURT:  Same question.  I'll ask it another way.
20   Has the government promised you anything that's not contained
21   in this plea agreement?
22              DEFENDANT CORBIN:  No, sir.
23              DEFENDANT BROWN:  No, sir.
24              THE COURT:  I ask each of you whether anyone,
25   including your attorney, has promised you what your actual
```

1  sentence will be?
2  **DEFENDANT CORBIN:** Yes, sir. No, sir.
3  **DEFENDANT BROWN:** No, sir.
4  **THE COURT:** We have sentencing guidelines in federal
5  court. That procedure after a plea of guilty requires that
6  the United States Probation Office prepare a presentence
7  report, and in that presentence report among other things
8  there will be a guideline calculation that applies in your
9  case. Once the report is finalized, you and the government
10 are given copies of the report. And if there are any
11 objections to anything in the report which cannot be resolved,
12 you would be entitled to a hearing before the Court to resolve
13 any objections. Once that is done the Court is required to
14 consider the guideline range that applies in your individual
15 case. The guidelines are advisory only. But the Court -- and
16 the Court may impose a sentence which is more severe or less
17 severe than that called for by the guidelines. Do you
18 understand that?
19 **DEFENDANT CORBIN:** Yes, sir.
20 **DEFENDANT BROWN:** Yes, sir.
21 **THE COURT:** I further tell you that if you're
22 sentenced to a term of imprisonment, you will also be
23 sentenced to an additional term of supervised release. And
24 should you violate any of the conditions of your supervised
25 release, you could be sentenced to an additional term of -- an

1	additional term of incarceration.  Do you understand that?
2	          **DEFENDANT CORBIN:**  Yes, sir.
3	          **DEFENDANT BROWN:**  Yes, sir.
4	          **THE COURT:**  At this time I'll ask the government to
5	summarize the facts in your case.  When he finishes
6	summarizing, I'll ask you whether you agree with those facts
7	and whether you are in fact guilty.  All right, sir.
8	          **MR. SCHOEN:**  Yes, Your Honor.  Beginning at a time
9	prior to January 25th of 2022, Kendrick Naveed Corbin
10	voluntarily and intentionally joined in an agreement with at
11	least one other co-conspirator to attempt to rob individuals
12	who were transporting marijuana through the Greenville
13	Spartanburg International Airport as alleged in Count 8.
14	          Mr. Corbin and his associate, Mr. Razor, traveled up
15	to GSP on January 25th, 2022, waited outside the terminal.
16	Individuals who were trafficking marijuana came outside,
17	loaded the marijuana into the vehicle.  They followed the
18	vehicle into the parking garage and attempted to rob four
19	individuals of the suit cases containing marijuana using
20	firearm.  This attempted robbery obstructed, delayed, or
21	affected commerce as alleged in Count 8 in that it disrupted
22	operations of the international airport and affected the
23	movement of a distribution quantity of marijuana, which the
24	victims of the robbery were attempting to traffic and which
25	was seized by the police as a result of the robbery.

1               Beginning at least in or around January of 2020,
2  Mr. Corbin agreed with at least one other co-conspirator and
3  Mr. Brown did as well, to possess with intent to distribute
4  marijuana and distribute marijuana as alleged in Count 4.  The
5  attempted robbery at GSP on January 25th, 2022, and the events
6  that followed in January of 2023, were committed in
7  furtherance of this conspiracy, and the robbery was committed
8  in an attempt to acquire additional marijuana which Mr. Corbin
9  and other members of the conspiracy intended to distribute.
10              In furtherance of this conspiracy to possess with
11 intent to distribute marijuana, Mr. Corbin discharged a
12 firearm while attempting to take possession of the marijuana
13 in the parking garage.  Following the attempted robbery police
14 located Mr. Corbin's associate.  They also found a firearm
15 that matched shell casings from that scene of the shooting.
16 Mr. Corbin's fingerprints were found on the driver side of the
17 car used in the robbery.  He was captured on surveillance
18 footage from the airport, and cell phones obtained from
19 Mr. Corbin and Mr. Razor placed him at the scene of the
20 robbery at the time of the robbery.
21              After Mr. Corbin was indicted on this case in 2022,
22 law enforcement learned that he was headed to GSP on
23 January 23rd of 2023, and he had Mr. Brown with him at the
24 time.  When law enforcement arrived they found Mr. Corbin and
25 Mr. Brown parked in a vehicle outside the terminal.  The

1  vehicle smelled strongly of marijuana.  It was searched and
2  multiple firearms were recovered.  Mr. Corbin was in the
3  process of picking up co-defendant Maurice Bynum who's also a
4  co-conspirator with Mr. Brown who had just flown into GSP and
5  who was attempting to load a suitcase into the back of the car
6  that these two gentlemen were sitting in.
7           A search of the suitcase revealed a large quantity
8  of vacuum sealed marijuana.  A search of Mr. Corbin's cell
9  phone revealed text messages indicating he was there.  He was
10 on the way to the airport to re-up on that day, which is a
11 term for resupplying himself, as well as a photo of a pistol
12 that was recovered from the center console of the vehicle that
13 he was driving.  He was attempting to possess marijuana with
14 intent to distribute it and possessed the firearm in
15 furtherance of this drug trafficking crime.
16          The same is true of Mr. Brown who was also with him
17 that day.  He took possession of a Glock model 23, which was
18 sitting right in the door next to him while this marijuana was
19 attempting to be loaded in the back of the car.  And evidence
20 from his cell phone revealed communications indicating that he
21 was a part of this conspiracy to distribute marijuana and knew
22 that they were there to pick up marijuana.  He therefore
23 possessed a firearm in furtherance of a drug trafficking crime
24 and was a part of that drug trafficking conspiracy.  That's a
25 summary of the facts.

```
 1             THE COURT:  Mr. Brown, having heard that summary by
 2   the government do you agree with it?
 3             DEFENDANT BROWN:  Yes, sir.
 4             THE COURT:  Did you as charged fully -- did you as
 5   charged in Counts 4 and 11 as the Court fully went over with
 6   you, are you guilty of those counts?
 7             DEFENDANT BROWN:  Yes, sir.
 8             THE COURT:  You may sign your plea at this time.
 9             And Mr. Corbin, having heard the summary as given by
10   the government, do you agree with that?
11             DEFENDANT CORBIN:  Yes, sir.
12             THE COURT:  And are you guilty of Counts 4, 5, 8 and
13   11 of the indictment?
14             DEFENDANT CORBIN:  Yes, sir.
15             THE COURT:  You may sign your plea at this time.
16             Clerk may publish the pleas.
17             THE CLERK:  May it please the Court.  The defendants
18   stand before you having each withdrawn previously entered
19   pleas of not guilty and entered pleas of guilty as follows:
20   Anthony Chyquise Brown pleads guilty to Counts 4 and 11 of the
21   fourth superseding indictment.  Kendrick Naveed Corbin pleads
22   guilty to Count 4, 5, 8, and 11 of the fourth superseding
23   indictment all after arraignment in open court.
24             THE COURT:  Thank you.  That's all till sentencing.
25             Next case.
```

```
 1
 2    (Proceedings in other cases were held but not transcribed at
 3    this time.)
 4    (Court adjourned at 2:15 p.m.)
 5
 6                              CERTIFICATE
 7         I,  Michele E. Becker, certify that the foregoing is
 8         a correct transcript from the record of proceedings
 9         in the above-entitled matter.
10
11    /s/  Michele E. Becker              Date:  01/24/2024
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```